# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS M. PRIGMORE

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5416JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

That the Court AFFIRMS the Social Security Administration's final decision.

| | |
|---|---|
|   December 5, 2008 |   BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |